In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00043-CV

_____

**HELENA VAN ORDEN, Appellant**

**V.**

**DONALD C. VAN ORDEN, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 03-02-01065-CV**

**MEMORANDUM OPINION**

Helena Van Orden filed a notice of appeal but failed to file a brief. On January 15, 2014, we notified the parties that the brief had not been filed and warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On February 4, 2014, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we

1

dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 25, 2014
Opinion Delivered March 6, 2014

Before Kreger, Horton, and Johnson, JJ.